CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 12 2013

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JAMES RANDOLPH INGRAM, | ) | Civil Action No. 7:13-cv-00091 |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM OPINION** |
| v. | ) | |
| | ) | By: Chief Judge Glen E. Conrad |
| CLARK, ET AL, | ) | Chief United States District Judge |
| Defendant(s). | ) | |

James Randolph Ingram, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered 3/20/2013, the court directed plaintiff to submit within 10 days from the date of the Order an inmate account form and a certified copy of his trust fund account statement for the six-month period preceding the filing of the complaint. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 10 days have elapsed, and plaintiff has failed to comply with the described conditions because to submit the requested financial documentation. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 12th day of April, 2013.

/s/ Glen Conrad
Chief United States District Judge